**File Hashes for IP Address 205.178.22.46**

**ISP:** RCN Corporation
**Physical Location:** Chicago, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/02/2013 22:59:55 | B712D721CDDE7FF231F4CAFAD9A0FC699EB6E27E | Anneli Dream Girl |
| 06/02/2013 22:48:12 | 151F3ADFFCCDBB8DBE76C4906C330C01AA3880CD | Elle Hearts Girls |
| 06/02/2013 19:48:45 | 2AE29A600628FBCB8E983388EF0FC470D0B40D7D | Bottoms Up |
| 06/02/2013 05:18:44 | C4CC10DBB35322FDA6174F3CC972034A48F498CE | Happy Birthday Capri |
| 06/02/2013 00:26:12 | C51ECE93C9772D46F5CD94D903BC54303420487A | The Young and the Restless |
| 06/01/2013 23:43:28 | 53A88AC4827A201D4BCB9FAD88C2414597EA1477 | A Wonderful World |
| 06/01/2013 23:41:43 | FB135289FB3034B07A4D8721535BBF3425A9A814 | Snow White and the Prince |
| 03/13/2013 13:23:13 | 085826AF1E91AC977CBB094888698F5A1224823E | Ready for Bed |

**Total Statutory Claims Against Defendant: 8**

EXHIBIT A

NIL96