**Copyrights-In-Suit for IP Address 205.178.22.46**

**ISP:** RCN Corporation
**Location:** Chicago, IL

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Wonderful World | PENDING | 05/27/2013 | 06/17/2013 | 06/01/2013 |
| Anneli Dream Girl | PA0001769489 | 12/19/2011 | 01/04/2012 | 06/02/2013 |
| Bottoms Up | PA0001838596 | 04/13/2013 | 04/28/2013 | 06/02/2013 |
| Elle Hearts Girls | PENDING | 05/27/2013 | 06/18/2013 | 06/02/2013 |
| Happy Birthday Capri | PENDING | 05/24/2013 | 06/17/2013 | 06/02/2013 |
| Ready for Bed | PA0001831199 | 02/24/2013 | 03/07/2013 | 03/13/2013 |
| Snow White and the Prince | PENDING | 05/22/2013 | 06/17/2013 | 06/01/2013 |
| The Young and the Restless | PA0001843111 | 05/05/2013 | 05/15/2013 | 06/02/2013 |

**Total Malibu Media, LLC Copyrights Infringed: 8**

EXHIBIT B

NIL96