**Expanded Surveillance of IP Address 205.178.22.46**

**ISP:** RCN Corporation
**Location:** Chicago, IL

| Hit Date UTC | Filename |
|---|---|
| 06/03/2013 | XXX Fit Girls Orgy (2013) [WEBRip][WwW.LoKoTorrents.CoM] |
| 06/03/2013 | X-Art - Elle Hearts Girls - Elle, Mia Malkova [1080p].mov |
| 06/03/2013 | X-Art - Bottoms Up - Bunny [720p].wmv |
| 06/03/2013 | MrAnal - She's Fucked So Hard In The Ass Her Pussy Squirts - Amy Brooke [720p].mp4 |
| 06/03/2013 | Fredsmäklarna.1997.DVDRip.XviD.SweSub.Piratkapten.avi |
| 06/03/2013 | X-Art - Anneli - Dream Girl (1080p).wmv |
| 06/03/2013 | x-art_capri_kiera_scarlet_chad_jay_happy_birthday_capri_1080.mp4 |
| 06/03/2013 | Race with †he Devil (1975)- Peter Fonda, Warren Oates.avi |
| 06/02/2013 | X-Art - The Young and The Restless - Scarlet [720p].wmv |
| 06/02/2013 | Laleh - Svarta ?gon (Live Album).mpg |
| 06/02/2013 | eaba8b62ff1571dc9c1ea7b28c824c6c79f254 |
| 06/02/2013 | X-Art - Truth Or Dare - Lexi Belle, Mia Malkova [1080p].mov |
| 06/02/2013 | x-art_barbie_rolling_in_the_sheets_720.wmv |
| 05/01/2013 | Broken City (2013) |
| 04/30/2013 | Silver Linings Playbook (2012) |
| 04/19/2013 | Jack.Reacher.2012.720p.BluRay.X264-AMIABLE [PublicHD] |
| 04/17/2013 | Gangster Squad (2013) [1080p] |
| 04/17/2013 | Django Unchained (2012) [1080p] |
| 03/26/2013 | Cisco System Study Guides_PART 2 |
| 03/25/2013 | Cisco System Study Guides_PART 3 |
| 03/25/2013 | Cisco System Study Guides_PART 1 |
| 03/25/2013 | CCIE_Routing_and_Switching_Exa_4.0.pdf |
| 03/13/2013 | x-art_beatrice_two_boys_and_a_girl_1080.mov |
| 03/13/2013 | x-art_angelica_a_little_rain_must_fall_1080.mov |
| 03/13/2013 | X-Art - Mad Passion - Kaylee [720p].mp4 |
| 03/13/2013 | 1585426520.ArtBeing.epub |
| 03/13/2013 | 80 Girls Wallpapers 2560 X 1600 [Set 5] |
| 03/13/2013 | X-Art - Another Night - Bunny [1080p].mp4 |
| 03/13/2013 | X-Art - Red Satin - Mia Malkova [720p].mp4 |
| 03/13/2013 | TPB.AFK.2013.720p.h264-SimonKlose |
| 03/13/2013 | X-Art - Spilled Milk - Angelica [1080p].mov |
| 03/13/2013 | NYT Bestsellers 23 December [azizex666] |
| 03/13/2013 | i386 |
| 03/13/2013 | X-Art - Tuesday Morning - Tiffany F [1080p].mov |
| 03/13/2013 | Judas Priest-Point of entry |

EXHIBIT C

NIL96

| Hit Date  UTC | Filename |
|---|---|
| 03/13/2013 | X-Art - Unforgettable View Part II - Addison [1080p].mov |
| 03/13/2013 | 80 Girls Wallpapers 2560 X 1600 [Set 8] |
| 03/13/2013 | X-Art - Ready for Bed - Lexi Belle [1080p].mp4 |
| 03/13/2013 | X-Art - Spur of the Moment - Ivy [1080p].mov |
| 03/13/2013 | Langt.fra.Las.Vegas.S01E03.Mia.Hundvin.DvDrip.avi |
| 03/13/2013 | 80 Girls Wallpapers 2560 X 1600 [Set 7] |
| 03/13/2013 | You Are Not Your Brain - The 4-Step Solution for Changing Bad Habits, Ending Unhealthy Thinking, and Taking Control of Your Life (Pdf,Epub,Mobi) -Mantesh |
| 03/13/2013 | P.O.D.-Testify-2006-uF |
| 03/11/2013 | clubseventeen-130213.wmv |
| 03/10/2013 | Sunshine (2007) [1080p] |
| 03/10/2013 | Lincoln (2012) |
| 02/26/2013 | [サルルルル (ドルリヘコ)] 元あそびにんけんじゃ (ドラゴンクエスト III そして伝説へ...) [DL版].zip |
| 02/26/2013 | The Master (2012) [1080p] |
| 02/26/2013 | Tanya.Tates.Tea.And.Muffin.Party.XXX.DVDRiP.x264-PORNOLATiON |
| 02/26/2013 | Magazine (March 2013)hack v1.6.rar |
| 02/24/2013 | Flight (2012) |
| 02/18/2013 | Argo.2012.1080p.BluRay.x264.anoXmous |
| 02/01/2013 | All Head First Series Ebooks Collection |
| 02/01/2013 | The Norton Anthology Of English Literature-Vol I and 2 (8th Edition) (2006).rar |
| 01/31/2013 | Technology of Video and Audio Streaming 2e - D.Austerberry.pdf |
| 01/31/2013 | Vector mechanics for engineers statics and dynamics 10th e solutions.rar |
| 01/29/2013 | [KTXP][UNLIMITED][04][GB_CN][720p].mp4 |
| 01/18/2013 | Phillip Phillips - The World from The Side Of The Moon (Deluxe Edition) |
| 01/07/2013 | Looper (2012) [1080p] |
| 01/07/2013 | Burn After Reading (2008) |
| 12/25/2012 | Kaspersky Anti-Virus 2013 13.0.1.4190 |
| 12/22/2012 | Premium Rush (2012) |
| 12/22/2012 | Arbitrage (2012) |
| 12/15/2012 | The Bourne Legacy (2012) [1080p] |
| 11/11/2012 | Savages UNRATED (2012) [1080p] |
| 11/10/2012 | The.Avengers.2012.720p.BluRay.x264-NYDIC [PublicHD] |
| 11/10/2012 | The.Campaign.2012.EXTENDED.720p.BluRay.x264-SPARKS [PublicHD] |
| 11/10/2012 | Savages.2012.UNRATED.720p.BluRay.x264-SPARKS [PublicHD] |
| 11/10/2012 | Interview With A Hitman 2012 720p BluRay X264-7SinS [EtHD] |
| 11/10/2012 | Cloud Atlas by David Mitchell |
| 11/09/2012 | [ www.Speed.Cd ] - The.Secret.Circle.S01E09.720p.HDTV.x264-AVS |
| 11/09/2012 | Lockpicking for the new millennium.avi |
| 10/15/2012 | Fringe.S05E01.HDTV.x264-LOL.mp4 |
| 10/14/2012 | Mumford and Sons - Sigh No More |
| 10/14/2012 | Mumford and Sons - Babel (Deluxe Edition) |

EXHIBIT C

NIL96