**EXCULPATORY EVIDENCE REQUEST FORM**

Your internet has been identified as being used to download and distribute Plaintiff's copyrighted works through a peer-to-peer file sharing system. If you maintain that you are not the person who downloaded and distributed Plaintiff's copyrighted works, Plaintiff respectfully request that you:[1]

1. State the name and address of the person who downloaded and distributed Plaintiff's copyrighted works.

_____

_____

2. Explain in detail the facts upon which you base your assertion that the person identified above downloaded and distributed Plaintiff's copyrighted works.

_____

_____

_____

3. Explain in detail all of the facts which you believe support your assertion that you are not the person who downloaded and distributed Plaintiff's copyrighted works.

_____

_____

_____

4. State whether you have ever received a notice from your ISP informing you that your Internet service was being used to commit copyright infringement. If your answer is anything other than an unqualified no, please explain in detail the circumstances of each such notice. Note: You may wish to call your internet service provider to confirm your response to this question.

_____

[1] You may use additional paper if necessary.

EXHIBIT D

NIL96

NIL96

_____
_____
_____

EXHIBIT D